**DISMISS; Opinion issued April 11, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-13-00008-CV**

_____

**KRISTY MICHELLE FOSSIER, Appellant**

**V.**

**RONALD FOSSIER, JR., Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-51823-2011**

## MEMORANDUM OPINION

Before Justices Bridges, FitzGerald, and Myers
Opinion by Justice Bridges

By letter dated January 3, 2013, the Court informed appellant that the $175 filing fee was overdue. We instructed appellant to pay the fee within ten days of the date of the letter and cautioned her that failure to do so would result in dismissal of the appeal without further notice.

As of today's date, appellant has not paid the required filing fee. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

130008F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KRISTY MICHELLE FOSSIER, Appellant

No. 05-13-00008-CV        V.

RONALD FOSSIER, JR., Appellee

On Appeal from the 366th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 366-51823-2011.
Opinion delivered by Justice Bridges.
Justices FitzGerald and Myers, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, RONALD FOSSIER, JR., recover his costs of this appeal from appellant, KRISTY MICHELLE FOSSIER.


Judgment entered April 11, 2013.


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE